| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) STIEHL, WILLIAM D | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 5/4/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) · U.S. DISTRICT JUDGE (SENIOR) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 750 MISSOURI AVENUE EAST ST. LOUIS, IL 62202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 11 11 22 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Ill. Mine Subsidence Ins. Fund - Member Board of Directors |
| 2. | 2003 | State of Illinois - pension |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 5/4/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Union Planters - Check Accts | A | Interest | L | T | | | | | |
| 2. Scott Credit Union - IRA & Svgs Accts | B | Interest | L | T | | | | | |
| 3. Union Planters - Common Stock | C | Dividend | L | T | | | | | |
| 4. American Express - Common Stk | A | Dividend | K | T | | | | | |
| 5. Exxon Mobil - Common Stock | B | Dividend | L | T | | | | | |
| 6. Old Republic Nat'l - Cmn Stk | D | Dividend | L | T | | | | | |
| 7. General Motors - Common Stock | A | Dividend | J | T | | | | | |
| 8. A T & T - Common Stock | A | Dividend | J | T | | | | | |
| 9. Serv. Station, Belleville IL | | None | L | W | | | | | |
| 10. Wall Street Trust MINT Ins. Disc #5 | A | Interest | J | T | | | | | |
| 11. 1st Trust Ins. Municipals #165 | A | Interest | J | T | | | | | |
| 12. CEF Money Mkt Portfolio | A | Interest | J | T | | | | | |
| 13. Van Kampen Gov't Fund (IRA) | C | Interest | K | T | | | | | |
| 14. Bell South - Common Stock | | None | J | T | | | | | |
| 15. SBC Commun. - Cmn Stk | B | Dividend | K | T | | | | | |
| 16. BP P.L.C. - Cmn Stk | A | Dividend | J | T | | | | | |
| 17. Gen'l Mills - Cmn Stk | A | Dividend | J | T | | | | | |
| 18. Conoco Phillips Petroleum - Cmn Stk | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 5/4/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Walt Disney Co - Cmn Stk | A | Dividend | K | T | | | | | |
| 20. Nuveen Ins. Fund - Cmn Stk | A | Interest | J | T | | | | | |
| 21. Anheuser-Busch - Cmn Stk | A | Dividend | K | T | | | | | |
| 22. Merck & Co - Cmn Stk | A | Dividend | J | T | | | | | |
| 23. Campbell Soup - Cmn Stk | A | Dividend | J | T | | | | | |
| 24. 1st Trust Ins. Municipals #214 | A | Interest | J | T | | | | | |
| 25. Darden Restaurants - Cmn Stk | A | Dividend | J | T | | | | | |
| 26. 1st Trust Ins. Municipals #235 | B | Interest | K | T | | | | | |
| 27. Everen Funds Ins. #17 | A | Interest | J | T | | | | | |
| 28. Morgan Stanley High Yield Fund | A | Dividend | J | T | | | | | |
| 29. Bank America Cmn Stk | D | Dividend | N | T | | | | | |
| 30. Lucent Tech Cmn Stk | | None | J | T | | | | | |
| 31. Delphi Automotive Cmn Stk | A | Dividend | J | T | | | | | |
| 32. Energizer Holding Cmn Stk | | None | J | T | | | | | |
| 33. Verizon Comm Cmn Stk | A | Dividend | J | T | | | | | |
| 34. Vodophone Grp Cmn Stk | A | Dividend | J | T | | | | | |
| 35. Test Nat'l #244 Mup. Bond | A | Interest | J | T | | | | | |
| 36. Qwest Cmn Stk | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STIEHL, WILLIAM D | 5/4/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bank America Ckg Acct | A | Interest | J | T | | | | | |
| 38. U.S. Bancorp | A | Dividend | J | T | | | | | |
| 39. Avaya | | None | J | T | | | | | |
| 40. AT&T Wireless | | None | J | T | | | | | |
| 41. U.S. Energy Systems, Inc. | | None | J | T | | | | | |
| 42. Agere Systems, Inc. | | None | J | T | | | | | |
| 43. Comcast Corp. | | None | J | T | | | | | |
| 44. Eaton Vance Ins. Muni | B | Interest | K | T | | | | | |
| 45. Allegiant Bancorp - Cmn Stock | A | Dividend | J | T | Buy | 05/27 | J | | |
| 46. Dynegy, Inc. Cmn Stock | | None | J | T | Buy | 05/27 | J | | |
| 47. Ford Motor - Cmn Stock | A | Dividend | J | T | Buy | 05/27 | J | | |
| 48. Intel Corp - Cmn Stock | A | Dividend | J | T | Buy | 07/25 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | STIEHL, WILLIAM D | 5/4/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | STIEHL, WILLIAM D | 5/4/2003 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _4 May 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544